**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 42 WAL 2023

       Respondent                    :

                                         :   Petition for Allowance of Appeal
                                         :   from the Order of the Superior Court

           v.                        :

                                         :

MICHAEL ERIC BUCHANAN,         :

                                         :

       Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 22nd day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.